

FILED

02/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0584

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0584

IN RE THE MARRIAGE OF:

LORI DELOIS GUENTHNER,

Petitioner and Appellee,

and

NEAL WAYNE GUENTHNER,

Respondent and Appellant.

FILED

FEB 0 7 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Lori Delois Guenthner (Lori) moves this Court to strike the exhibits filed by self-represented Appellant Neal Wayne Guenthner (Neal) with his reply brief. Neal has not filed a response to the motion before it was sent to this Court.

Lori explains that Neal included "six pages of attachments, appearing to comprise five exhibits." Lori posits that the six pages were not part of the District Court record on appeal and were never introduced as exhibits at any hearing. She puts forth that "this Court may not rely on facts outside of the record in resolving an issue before it." *Havre Daily News, LLC v. City of Havre*, 2006 MT 215, ¶ 25, 333 Mont. 331, 142 P.3d 864.

Last month, this matter was sent to this Court for classification. Following classification, Lori's objection will be considered. Therefore,

IT IS ORDERED that Lori's Motion to Strike Neal's Introduction of Documents Not Within the District Court Record is TAKEN UNDER ADVISEMENT.

The Clerk is directed to provide a copy of this Order to counsel of record and to Neal Wayne Guenthner personally.

DATED this 7th day of February, 2023.

For the Court,

By _____
Chief Justice